BRASWELL MOTOR FREIGHT LINES, INC., ET AL.
v. UNITED STATES ET AL.

No. 790. Decided January 15, 1968.

*T. S. Christopher* for appellants.

*Solicitor General Griswold, Assistant Attorney General Turner, Robert W. Ginnane* and *Emmanuel H. Smith* for the United States et al.; *David Axelrod* for Pacific Intermountain Express Co. et al., and *Wentworth E. Griffin* and *Phillip Robinson* for Transcon Lines, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

SEASIDE PROPERTIES, INC. v. STATE ROAD
DEPARTMENT OF FLORIDA.

No. 754. Decided January 15, 1968.

*Guion T. De Loach* for appellant.
*P. A. Pacyna* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.